# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Dorelia Rivera

                        Plaintiff,

v.

                                                          Case No.: 1:18−cv−06303

Aerovias de Mexico, S.A. de C.V., et al.                               Honorable Edmond E. Chang

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Plaintiffs emailed the courtroom deputy, with defense counsel copied, to report that the parties have reached an agreement for Satisfaction of Judgment and will file it with the Clerk of Court once it has been executed. Counsel further reported that the Satisfaction of Judgment will also resolve the motions [243],[245] for costs. Based on counsels' representations, the motions for costs [243], [245] are terminated. The tracking status hearing of 07/10/2026 is reset to 07/24/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The parties shall file a joint status report, by 07/17/2024, if the Satisfaction of Judgment has not been posted by then. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.